# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1784
LT Case No. 2023-CA-000070

_____

GUAGLARDI and MELITI, LLP
f/k/a ARTURI, D'ARGENIO,
GUAGLARDI, and MELITI, LLP,

     Appellant,

     v.

REGINA RABITAILE, Personal
Representative of the Estate of
Ernest Provetti a/k/a ERNEST
NICHOLAS PROVETTI, deceased,
and as the Successor Trustee of
Ernest Nicholas Provetti Family
Trust, dated September 21,
2017,

     Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Susan Weindorf Stacy, Judge.

Jason R. Hawkins, of South Milhausen, P.A., Orlando, for
Appellant.

Todd K. Norman, and Isabelle V. Janssen, of Nelson Mullins
Riley & Scarborough, LLP, Orlando, and Jeffrey A. Wald, of
Nelson Mullins Riley & Scarborough, LLP, Winston-Salem, NC,
for Appellee.

July 30, 2026

PER CURIAM.

AFFIRMED.

WALLIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____